**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 96-2833

_____

Edward K. Moses, Sr.,     *
                     *

      Appellant,     *
                     *

   v.                 *
                     *

AT&T Communications,     *
                     *

      Appellee,     *
                     *

Communications Workers of America,     *
Local No. 6321,     * Appeal from the United States

                     * District Court for the
      Defendant,     * Western District of Missouri.
                     *

Josie Bernal, Manager Operation     *
      [UNPUBLISHED]
Service,     *
                     *

      Appellee,     *
                     *

Phillip Ferrill, CWA Representative,     *
                     *

      Defendant,     *
                     *

Michele Marion, immediate supervisor,     *
                     *

      Appellee.     *

_____

Submitted:  July 23, 1997

Filed:  August 7, 1997

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit                    Judges.

_____

PER CURIAM.

Edward K. Moses, Sr., appeals the district court's[1] adverse grant of summary judgment in his employment discrimination action.  After de novo review, we conclude the grant of summary judgment was proper.  See 8th Cir. R. 47B.

Accordingly, we affirm.

A true copy.

Attest:

CLERK,  U.  S.  COURT  OF  APPEALS,  EIGHTH CIRCUIT.

_____

[1]The Honorable Joseph E. Stevens, Jr., United States District Judge for the Western District of Missouri.